IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:18cr152-MHT
                            )            (WO)
AMONZA WILLIAMS             )
```

ORDER

Based on the representations made on the record on August 10, 2023, it is ORDERED that:

(1) A status conference with government counsel, defense counsel, and the supervising probation officer, is set for March 6, 2024, at 8:30 a.m., to discuss whether defendant Amonza Williams has received the evaluations and treatments ordered by the court, how he is faring in light of such, and how he is doing in general. The courtroom deputy is to arrange for the conference to be by Zoom.

(2) Defense counsel and the supervising probation officer are to file a report three business days before

that status conference regarding the information identified in the preceding paragraph.

DONE, this the 15th day of August, 2023.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**